**STATE of Missouri, Respondent,**

v.

**Bryan SLATER, Appellant.**

**No. WD 46717.**

Missouri Court of Appeals, Western District.

May 25, 1993.

Mark C. Evans, Jefferson City, for appellant.

Richard C. Callahan, Pros. Atty., Robert W. Russell, Asst. Pros. Atty., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and ULRICH, JJ.

ORDER

PER CURIAM:

Defendant appeals from his conviction of third degree assault, section 565.070, RSMo 1986, a class A misdemeanor. He alleges the evidence was insufficient to sustain the conviction.

The judgment of conviction is affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Theresa BROMLEY, Appellant.**

**No. WD 45813.**

Missouri Court of Appeals, Western District.

May 25, 1993.

Lew Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

ORDER

PER CURIAM:

This conviction of delivery of a controlled substance, in violation of § 195.211, RSMo Cum.Supp.1992, is affirmed. Rule 30.25(b).